**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No: ___________________

CHEVRON CORPORATION, a Delaware corporation,

Applicant,

To Issue Subpoenas For The Taking Of Depositions And The Production Of Documents.

---

**_EX PARTE_ PETITION AND APPLICATION FOR ORDER UNDER 28 U.S.C. § 1782 PERMITTING CHEVRON CORPORATION TO ISSUE SUBPOENAS FOR THE TAKING OF DEPOSITIONS AND THE PRODUCTION OF DOCUMENTS FROM STRATUS CONSULTING AND RELATED INDIVIDUALS**

---

Based upon the annexed declarations of James M. Sabovich and Reid J. Allred and the accompanying memorandum of points and authorities, Chevron Corporation ("Chevron") hereby applies to this Court *ex parte* for an Order, pursuant to 28 U.S.C. § 1782, and Rules 26, 30 and 45 of the Federal Rules of Civil Procedure, granting Chevron leave to serve Stratus Consulting, Inc., David J. Chapman, Douglas Beltman, Jennifer M.H. Peers, David M. Mills, Peter N. Jones, Laura Belanger, and Ann S. Maest with the subpoenas annexed to the Declaration of Reid J. Allred as Exhibits A, B, C, D, E, F, G, and H respectively.

The requested relief is for the purpose of obtaining limited, but necessary, discovery in connection with two civil proceedings currently pending before foreign tribunals: *Maria Aguinda y Otros v. Chevron Corporation*, a suit filed in 2003 against Chevron in the Superior Court of Nueva Loja, Ecuador (the "Lago Agrio Litigation"); and *Chevron Corporation And Texaco*

*Petroleum Company v. The Republic Of Ecuador*, an arbitration claim filed in 2009 by Chevron and Texaco Petroleum Company against the Republic of Ecuador under the United Nations Commission on International Trade Law pursuant to Article VI(3)(a) of the Bilateral Investment Treaty between the United States of America and the Republic of Ecuador (the "BIT Proceeding"). In sum, Chevron seeks documents and depositions from Stratus Consulting and the identified individuals because their work product appears to have been adopted (absent attribution) by a testifying expert in the Lago Agrio Litigation. This expert's report, which purports to provide the basis for a $27 billion "damage assessment" against Chevron, is now at issue in multiple foreign proceedings, including the Lago Agrio Litigation and the BIT Proceeding.

Chevron is a party to and thus an "interested person" in the Lago Agrio Litigation and the BIT Proceeding under Section 1782. And the targets of this discovery, namely Stratus Consulting, Inc., David J. Chapman, Douglas Beltman, Jennifer M.H. Peers, David M. Mills, Peter N. Jones, Laura Belanger, and Ann S. Maest, are found within this district. Chevron thus meets all the statutory criteria for the issuance of an order allowing the requested discovery. 28 U.S.C. § 1782. Moreover, as set forth in its Memorandum of Points and Authorities filed concurrently herewith, all the discretionary factors that this Court may consider likewise favor granting this *ex parte* Petition.

Chevron thus respectfully requests that its Petition be granted.

DATED: December 18, 2009

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

ANDREA E. NEUMAN /BY: JOHN D. W. PARTRIDGE

Andrea E. Neuman, Esq.
Gibson, Dunn & Crutcher, LLP
3161 Michelson Drive
Irvine, CA 92612-4412
T: (949) 451-3937
F: (949) 451-4220
E: ANeuman@gibsondunn.com
Colorado State Bar No: Pro Hac Vice Pending

Attorneys for Applicant
CHEVRON CORPORATION