

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
#### OFFICE OF THE CLERK

GREGORY C. LANGHAM  
CLERK OF COURT

Room A-105  
Alfred A. Arraj U.S. Courthouse  
901 19th Street  
Denver, Colorado 80294-3589  
Phone (303) 844-3433  
www.cod.uscourts.gov

January 11, 2010

See Notice of Electronic Filing

Re: Chevron Corporation v. Stratus Consulting, Inc. et al  
Miscellaneous Case Number: 09-mc-00079-MEH  
Civil Action Number: 10-cv-00047-JLK-MEH

Dear Counsel:

Please be advised that the above-referenced miscellaneous case was converted into a civil action upon re-examination of the nature of the suit and cause of action. The civil action has been randomly reassigned to Senior Judge John L. Kane. All future pleadings should be filed only in the civil case, and they should reference the civil action number as shown above.

Thank you for your cooperation in this matter.

Very truly yours,

GREGORY C. LANGHAM, CLERK

By: s/Jeffrey A. Kaplan, Deputy Clerk

cc:   Magistrate Judge Michael E. Hegarty

(Rev. 07/08)