IN THE UNITED STATES DISTRICT COURT
                              FOR THE DISTRICT OF COLORADO
                                Senior Judge John L. Kane

Date: March 4, 2010                           Deputy Clerk: Bernique Abiakam
                                              Court Reporter: Kara Spitler

Civil Action No.: 10-cv-00047-JLK

CHEVRON CORPORATION,
a Delaware corporation,                       Andrea E. Neuman
                                              Peter E. Seley
                                              John W. Partridge

        Petitioner,

v.

STRATUS CONSULTING, INC., et al.,

        Respondents.

## COURTROOM MINUTES

**Motions Hearing**

**9:57 a.m.    Court in session.**

Court calls case. Counsel present for the Petitioner and Interested Parties. No appearance for the Respondents.

Preliminary remarks by the Court.

Discussion regarding serving subpoenas and filing motions to quash.

Comments and ruling by the Court.

**ORDERED:** Ex Parte Petition And Application For Order Under 28 U.S.C. § 1782 Permitting Chevron Corporation To Issue Subpoenas For The Taking Of Depositions And The Production Of Documents From Stratus Consulting And Related Individuals (Filed 12/18/09; Doc. No. 1) is **GRANTED.**

**ORDERED:** Motion for 30-Day Leave To File Brief In Opposition To Chevron's 28 U.S.C. § 1782 Petition (Filed 3/3/10; Doc. No. 18) is **DENIED as MOOT.**

**ORDERED:** The opposing party shall have 30 days from the date of service of the

                  **subpoenas to file motions to quash.**

**ORDERED:   The parties shall meet and confer as specified**.

**10:11 a.m.    Court in recess.**
Hearing concluded.
Time in court - 14 minutes.