IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-47-JLK**

**CHEVRON CORPORATION, a Delaware corporation**,

        Petitioner,

v.

**STRATUS CONSULTING, INC., et al.,**

        Respondents.

## ORDER OF RECUSAL

Kane, J.

It now appears that there is a conflict of interest for me in this case, therefore I must recuse. This case shall be re-assigned to another judge by random draw.

Dated: April 5, 2010

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court