IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-00047-MSK-MEH

CHEVRON CORPORATION a Delaware corporation,

        Petitioner,

vs.

STRATUS CONSULTING, INC.,
DAVID J. CHAPMAN, an individual,
DOUGLAS BELTMAN, an individual,
JENNIFER M.H. PEERS, an individual,
PETER N. JONES, an individual,
LAURA BELANGER, an individual, and
ANNE S. MAEST, an individual,

        Respondents.

and,

DANIEL CARLOS LUSITANDE YAIGUAJE, *et al.*

        Interested parties.

---

## ENTRY OF APPEARANCE

---

        PLEASE TAKE NOTICE that Jay S. Horowitz and Peter C. Forbes, of the law firm of Horowitz/Forbes, LLP, hereby respectfully enter their appearance as additional counsel representing interested parties Daniel Carlos Lusitande Yaiguaje, Venancio Freddy Chimbo Grefa, Miguel Mario Payaguaje Payaguaje, Teodoro Gonzalo Piaguaje Payaguaje, Simón Lusitande Yaiguaje, Armando Wilmer Piaguaje Payaguaje, Javier Piaguaje Payaguaje, Fermín Piaguaje, Luis Agustín Payaguaje Piaguaje, Emilio Martin Lusitande Yaiguaje, Reinaldo Lusitande Yaiguaje, María Victoria Aguinda Salazar, Carlos Grega Huatatoca, Catalina Antonia Aguinda Salazar, Lidia Alexandra Aguinda Aguinda, Clide Ramiro Aguinda Aguinda, Luis Ar-

mando Chimbo Yumbo, Beatriz Mercedes Grefa Tanguila, Lucio Enrique Grefa Tanguila, Patricio Wilson Aguinda Aguinda, Patricio Alberto Chimbo Yumbo, Segundo Ángel Amanta Milán, Francisco Matías Alvarado Yumbo, Olga Gloria Grefa Cerda, Narcisa Tanguila Narváez, Bertha Yumbo Tanguila, Lucrecia Tanguila Grefa, Francisco Víctor Tanguila Grefa, Rosa Teresa Chimbo Tanguila, María Clelia Reascos Revelo, Heleodoro Pataron Guaraca, María Viveros Cusangua, Lorenzo José Alvarado Yumbo, Francisco Alvarado Yumbo, José Gabriel Revelo Llore, Luisa Delia Tanguila Narváez, José Miguel Ipiales Chicaiza, Hugo Gerardo Camacho Naranjo, María Magdalena Rodríguez, Elías Piyahuaje Payahuaje, Lourdes Beatriz Chimbo Tanguila, Octavio Córdova Huanca, Celia Irene Viveros Cusangua, Guillermo Payaguaje Lucitande, Alfredo Payaguaje and Delfín Payaguaje.

All pleadings filed in this case and other matters of record should be served upon Horowitz/Forbes, LLP.

Dated: April 26, 2010
Denver, Colorado

Respectfully submitted,

HOROWITZ/FORBES, LLP

By: *s/Jay S. Horowitz*
_____
Jay S. Horowitz
Peter C. Forbes
2940 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Telephone (303) 572-5100
Telecopier (303) 572-5111
jhorowitz@hflitig.com
pforbes@hflitig.com

Attorneys for Interested Parties Daniel Carlos Lusitande Yaiguaje, *et al.*

s:\aguina\entry of appearance.doc plf

CERTIFICATE OF SERVICE

        I hereby certify that on April 26, 2010, I electronically filed the foregoing Entry Of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

        Andrea E. Neuman — ANeuman@gibsondunn.com
        John D.W. Partridge — jpartridge@gibsondunn.com
        Joe L. Siver — jsilver@s-d.com
        Martin D. Beier — beierm@s-d.comn
        Richard Kent Kornfeld — rick@rechtkornfeld.com
        Eric W. Bloom — ebloom@winston.com
        David S. Bloch — dbloch@winston.com

and I hereby certify that I have mailed or served the same upon the following non-CM/ECF system addresses as follows:

| | |
|---|---|
| Mr. Peter N. Jones<br>1561 S. Foothills Highway, Lot C5<br>Boulder, CO 80305-7340 | Ms. Laura Belanger<br>6090 Crestone Street<br>Golden, CO 80403-1016 |
| Ilann Maazel, Esq.<br>Andrew W. Wilson, Esq.<br>Emery Celli Brinckerhoff & Abady, LLP<br>75 Rockefeller Plaza, 20th Floor<br>New York, NY 10019 | *Original Signature On File* |

s:\aguina\entry of appearance.doc plf