IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 10-cv-00047-MSK-MEH | Date: April 27, 2010 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

CHEVRON CORPORATION,            Andrea E. Neuman
                                                                   Michael Crimmins

    Petitioner,

vs.

STRATUS CONSULTING, INC., *et al.*,          Joe Silver

    Respondents.

DANIEL CARLOS LUSITAND YAIGUAJE, *et al.*,    Jay Horowitz
                                                                   Andrew Wilson

    Interested Parties.

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:**     **10:16 a.m.**

Court calls case. Appearances of counsel. Mr. Horowitz advises the Court that he is unable to stay for the entire hearing.

Argument and discussion regarding Motion for Protective Order by Stratus Respondents (Doc. #24, filed 3/19/10) and Ecuadorian Plaintiffs' Motion for a Protective Order . . . and Application to Establish Briefing Schedule for Same (Doc. #68, filed 4/26/2010).

**ORDERED:**    1.    Motion for Protective Order by Stratus Respondents (Doc. #24, filed 3/19/10) is GRANTED in part and DENIED in part as stated on the record. Stratus Respondents shall produce to Petitioner all documents that were made available to the public by **May 13, 2010.** If Mr. Silver can provide an explanation to the Court as to why he cannot produce those documents, he should do so by **May 3, 2010.**

                2.    The Court will not rule on Ecuadorian Plaintiffs' Motion for a Protective Order . . . and Application to Establish Briefing Schedule for Same (Doc. #68, filed 4/26/2010) at this time, and a hearing is set for **May 13, 2010, at 9:00 a.m.** on the motion. The Court will also hear argument on the issue of privilege regarding the documents produced by Ecuadorian Plaintiffs to the court-appointed expert Richard Cabrera Vega on May 13, 2010, and

sets the following briefing schedule on that issue, unless counsel agree to a different schedule:

- Opening brief by Interested Parties (Ecuadorian Plaintiffs) due by 12:00 a.m. (Midnight) Colorado time on **May 5, 2010.**

- Response brief by Petitioner due by 12:00 a.m. (Midnight) Colorado time on **May 10, 2010.**

- Reply brief by Interested Parties due by 12:00 a.m. (Midnight) Colorado time on **May 12, 2010.**

Discussion regarding rescheduling depositions. Counsel are directed to meet and confer to reset the depositions. The parties are granted leave to contact the Court at (303)844-4507, if they cannot agree on a deposition schedule.

**Court in recess:** 12:50 p.m. **(Hearing concluded)**
**Total time in court:** 2:34