IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00047-MSK-MEH

CHEVRON CORPORATION,

    Petitioner,

v.

STRATUS CONSULTING, INC.,
DAVID J. CHAPMAN,
DOUGLAS BELTMAN,
JENNIFER M.H. PEERS,
DAVID M. MILLS,
PETER N. JONES,
LAURA BELANGER, and
ANN S. MAEST,

    Respondents.

REPUBLIC OF ECUADOR, *et al.*,

    Interested Parties.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 12, 2010.**

    Petitioner's Unopposed Motion to Withdraw Dkt. 126 [filed May 11, 2010; docket #131] is **granted**. Chevron's Evidentiary Objections and Motion to Strike . . . [filed May 10, 2010; docket #126] is hereby **withdrawn**.

    For good cause shown, Plaintiffs' Motion [Opposed] to Continue . . . [filed May 11, 2010; docket #133] is **granted**. The Ecuadorian Plaintiffs may file a reply brief in support of their pending Motion for a Protective Order . . . [filed April 26, 2010; docket #68] at or before **noon MST**, on Monday, **May 17, 2010**.

    The Motion Hearing set for May 13, 2010, is **vacated** and **rescheduled** to Wednesday, **May 19, 2010,** at **1:30 p.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.