IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00047-MSK-MEH

CHEVRON CORPORATION,

    Petitioner,

v.

STRATUS CONSULTING, INC.,
DAVID J. CHAPMAN,
DOUGLAS BELTMAN,
JENNIFER M.H. PEERS,
DAVID M. MILLS,
PETER N. JONES,
LAURA BELANGER, and
ANN S. MAEST,

    Respondents.

REPUBLIC OF ECUADOR, *et al.*,

    Interested Parties.

---

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 9, 2010.**

    Plaintiffs' Motion to Adjust Briefing Schedule and for Production of Complete Evidence Used by Chevron in Dkt. #205 [filed August 6, 2010; docket #211] is **granted in part** and **denied without prejudice in part** as follows. The Ecuadorian Plaintiffs and Stratus Respondents may respond to Chevron's pending Emergency Motion for Expedited Order . . . [filed August 5, 2010; docket #205] on or before **August 13, 2010**. Petitioner Chevron may reply in support of its motion on or before **August 19, 2010**. The Court will review the briefing and determine whether to hold a telephonic hearing during the week of August 23. The Court believes that this schedule accommodates the parties' interests as related to the 45-day deadline set by the Ecuadorian court.

    Regarding the portion of this motion seeking to compel production of the *Crude* outtakes, the Court finds that this request is premature and does not meet the conferral requirements of Fed. R. Civ. P. 37(a). Moreover, there is no indication that the Plaintiffs have sought to subpoena Mr. Berlinger nor that the Plaintiffs filed a motion before Judge Kaplan in New York, as referred to within their motion.