IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00047-MSK-MEH

CHEVRON CORPORATION,

    Petitioner,

v.

STRATUS CONSULTING, INC.,
DAVID J. CHAPMAN,
DOUGLAS BELTMAN,
JENNIFER M.H. PEERS,
DAVID M. MILLS,
PETER N. JONES,
LAURA BELANGER, and
ANN S. MAEST,

    Respondents.

REPUBLIC OF ECUADOR, *et al.*,

    Interested Parties.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 5, 2010.**

    The Ecuadorian Plaintiffs' Emergency Motion for a Stay Pending Appeal of and/or Objections to Order Granting Motion to Compel [filed October 4, 2010; docket #263] is **denied**.[1] In light of the *autos para sentencia* issued by the Ecuadorian court, and for the reasons stated in this Court's October 1, 2010 Order, the Court believes Petitioner would be unduly prejudiced by further delayed production of documents responsive to the Section 1782 subpoenas, issued by Judge Kane nearly seven months ago in March 2010. (*See* dockets #22, 262.)

---

[1]*See* D.C. Colo. LCivR 30.2B, providing:

> The filing of an objection, pursuant to Fed. R. Civ. P. 72(a), to an order by a magistrate judge concerning a discovery issue does not stay the discovery to which the order is directed. Any stay of the magistrate judge's order must be sought and obtained separately by motion filed initially with the magistrate judge, and if denied, then with the assigned district court judge. The motion shall be supported by good cause.