IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 10-cv-00047-MSK-MEH | Date:   November 15, 2010 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| CHEVRON CORPORATION, | T. Michael Crimmins, III |
| | Andrea E. Neuman |
| Petitioner, | |
| vs. | |
| STRATUS CONSULTING, INC., *et al.*, | Martin Dean Beier (by phone) |
| | Ilann M. Maazel (by phone) |
| Respondents. | |
| DANIEL CARLOS LUSITAND YAIGUAJE, *et al.*, | |
| Interested Parties. | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC MOTIONS HEARING**

**Court in session:**     1:38 p.m.

Court calls case. Appearances of counsel.

Discussion regarding Petitioner Chevron Corporation's Motion for Additional Time for the Depositions of Respondents Beltman and Maest (Doc. #275, filed 10/18/10), Stratus' and Ecuadorian Plaintiffs' Motion for Sanctions Against Petitioner Chevron Corporation (Doc. #272, filed 10/14/10), and Stratus' Verified Motion for Order to Show Cause (Doc. #289, filed 11/11/10).

**ORDERED:**   1.   Petitioner Chevron Corporation's Motion for Additional Time for the Depositions of Respondents Beltman and Maest (Doc. #275, filed 10/18/10) is GRANTED in part and DENIED in part as stated on the record. Petitioner Chevron Corporation shall have 14 hours for the deposition of Respondent Maest and an additional 7 hours to depose Respondent Beltman; however, the additional time for both of those Respondents' depositions in this case shall take place after the depositions of those Respondents in the related case 10-cv-02528-PAB-MEH. The Ecuadorian Plaintiffs will be allowed 1½ hours per seven-hour day for cross-examination of witnesses deposed by Petitioner, and the

        cross-examination will be limited to the direct examination done by Petitioner.

2. Stratus' and Ecuadorian Plaintiffs' Motion for Sanctions Against Petitioner Chevron Corporation (Doc. #272, filed 10/14/10) is GRANTED in part and DENIED in part as stated on the record. Petitioner's questions in dispute asked during Respondent Beltman's deposition shall not be repeated in depositions of other witnesses.

3. Stratus' Verified Motion for Order to Show Cause (Doc. #289, filed 11/11/10) is DENIED as stated on the record. The Court will allow Petitioner to question Respondent Beltman for an additional 15 minutes regarding billing. This motion is denied with leave for Respondents or Petitioner to file a motion for order regarding payment of interim costs.

**Court in recess:**    **2:25 p.m.  (Hearing concluded)**
**Total time in court:**  0:47