IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00047-MSK-MEH

CHEVRON CORPORATION,

    Petitioner,

v.

STRATUS CONSULTING, INC.,
DAVID J. CHAPMAN,
DOUGLAS BELTMAN,
JENNIFER M.H. PEERS,
DAVID M. MILLS,
PETER N. JONES,
LAURA BELANGER, and
ANN S. MAEST,

    Respondents.

REPUBLIC OF ECUADOR, *et al.*,

    Interested Parties.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 23, 2010.**

    Petitioner Chevron Corporation's Motion for Clarification of the Court's Order (Dkt. 293) on Stratus and Ecuadorian Plaintiffs' Motion for Sanctions (Dkt. 272) in Light of Plaintiffs' Misleading Press Release Stating the Court "Sanctioned" Chevron's Lawyers [filed November 22, 2010; docket #298] is **granted** as follows. Although the Stratus Respondents and the Ecuadorian Plaintiffs termed their request for relief as a sanction, the Court views its ruling simply as a ruling on an objection to the line of Petitioner's questioning challenged by the Respondents and Plaintiffs. The Court granted the motion for sanctions to the extent the Court sustained the objection to the line of questioning, but the Court denied the motion to the extent it sought sanctions.