IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-00047-MSK-MEH

CHEVRON CORPORATION,

      Petitioner,

v.

STRATUS CONSULTING, INC.;
DAVID J. CHAPMAN;
DOUGLAS BELTMAN;
JENNIFER M.H. PEERS;
DAVID M. MILLS;
PETER N. JONES;
LAURA BELANGER; and
ANN S. MAEST,

      Respondents.

## ORDER

Having reviewed the parties' Stipulated Motion for Administrative Closure **(#316)**, the record in this matter, and being fully advised in the premises,

**IT IS ORDERED** that the motion is **GRANTED**. This action shall be administratively closed pursuant to District of Colorado Local Civil Rule 41.2. The Court shall retain jurisdiction over this action for the limited purpose of entertaining such further proceedings and entering such further Orders as may be necessary or appropriate to address any motions filed by April 20, 2011. The action shall be subject to reopening for good cause.

DATED this 15th day of April, 2011.

                                            **BY THE COURT:**

                                            *Marcia S. Krieger* (signature)

                                            Marcia S. Krieger
                                            United States District Judge